In the ESTATE OF: Ora LEVINE, Deceased.

No. ED 104264

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

FILED: November 22, 2016

Mark C. Goldenberg, Kevin P. Green, Edwardsville, IL, Robert Hellwig, Clayton, MO, for Appellant.

Bhavik Ramesh Patel, St. Louis, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

PER CURIAM.

Lynn Fay Kleiman, as personal representative of the estate of her mother appeals from the summary judgment in which the court ordered that individual retirement accounts be distributed according to the IRA agreements instead of according to her mother's will. No error of law appears. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).